IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMY LYNN TYSON SENN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:11-CV-467-WKW |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On August 25, 2014, the Magistrate Judge filed a Recommendation (Doc. # 24) to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation of the Magistrate Judge is ADOPTED and that the decision of the Commissioner is AFFIRMED.

DONE this 16th day of September, 2014.

      /s/  W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE